## CHANEY v. GLASSCOCK COUNTY.
### (No. 987.)

(Court of Civil Appeals of Texas. El Paso. May 22, 1919.)

Appeal from District Court, Glasscock County; Chas. Gibbs, Judge.

Controversy between W. E. Chaney and Glasscock County. From the judgment rendered, the former appeals. Reversed and remanded.

Royall G. Smith, of Colorado, Tex., for appellant.

Morrison & Morrison, of Big Springs, for appellee.

HIGGINS, J. This appeal is ruled by the decision in Currie v. Glasscock County, 212 S. W. 533, this day decided, the same question being presented. For the reason indicated in the Currie Case, the case is reversed and remanded.